UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                               )<br>)<br>JAMES P. MELANSON,              )<br>    Defendant            )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CRIMINAL NO. 03-10160-JLT<br><br>VIOLATIONS:<br><br>21 U.S.C. § 846 –<br>Conspiracy To Distribute<br>And To Possess With<br>Intent To Distribute<br>Cocaine<br><br>21 U.S.C. § 841(a)(1) –<br>Distribution Of Cocaine<br><br>21 U.S.C. § 841(a)(1) –<br>Possession Of Cocaine<br>With Intent To Distribute<br><br>21 U.S.C. § 853 –<br>Forfeiture Allegation |

## INDICTMENT

**Count One:**     **(21 U.S.C. § 846 – Conspiracy To Distribute And To Possess With Intent To Distribute Cocaine).**

The Grand Jury charges that:

Beginning at a time unknown to the Grand Jury, but at least by in or about May 1998 and continuing thereafter to on or about May 20, 1998, at Lynn and elsewhere in the District of Massachusetts,

**James P. Melanson**

defendant herein, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown to the Grand Jury, to distribute, and to possess

with intent to distribute, cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges that the conspiracy involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine. Accordingly, 21 U.S.C. § 841(b)(1)(B)(ii) is applicable to this count.

All in violation of Title 21, United States Code, Section 846.

Count Two:     (21 U.S.C. § 841(a)(1) - Distribution Of Cocaine).

The Grand Jury further charges that:

On or about May 14, 1998, at Lynn, in the District of Massachusetts,

**James P. Melanson**

defendant herein, did knowingly and intentionally distribute cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**Count Three:**   (21 U.S.C. § 841(a)(1) - Possession Of Cocaine
              With Intent To Distribute).

The Grand Jury further charges that:

On or about May 20, 1998, at Lynn, in the District of Massachusetts,

**James P. Melanson**

defendant herein, did knowingly and intentionally possess cocaine, a Schedule II controlled substance, with intent to distribute.

The Grand Jury further charges that the offense involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine. Accordingly, 21 U.S.C. § 841(b)(1)(B)(ii) is applicable to this count.

All in violation of Title 21, United States Code, Section 841(a)(1).

## **FORFEITURE ALLEGATION**
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offenses alleged in Counts One through Three of this Indictment,

**James P. Melanson**

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of the offenses, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2. If any of the properties described in paragraph 1, above, as a result of any act or omission of the defendants --

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any

other property of the defendants up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
MICHAEL J. PELGRO
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; May 8, 2003.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK
5/8/03 at 12:55 pm