AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JAMES P. MELANSON

**WARRANT FOR ARREST**

CASE NUMBER: 03-10160-JLT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _James P. Melanson_
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to distribute cocaine and distribution of cocaine

in violation of Title __21__ United States Code, Section(s) __846 & 841(a)(1)__

_Sheila D[...]_
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

_Supervisor_
Title of Issuing Officer

_5-8-03 Boston, Ma_
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED BY USMS
ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 2/2/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.