UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE NO. 03-10160 JLT |
| V. | |
| JAMES MELANSON (1)<br>　　　　Defendant | |

ORDER

ALEXANDER, U.S.M.J.

　　In that attorney Roger A. Cox did not appear for an initial status conference scheduled by this Court in the above-styled case, attorney Roger A. Cox is hereby ORDERED to appear on the **30th** day of **March, 2004,** at **10:00 a.m.** before the honorable Joyce London Alexander in Courtroom #24, 7th floor, United States Courthouse, One Courthouse Way, Boston, MA then and there to show cause why sanctions should not be imposed.

　　　　　　　　　　　　　　　　　　HONORABLE JOYCE LONDON ALEXANDER
　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

　　　　　　　　　　　　　　　　　　By the Court:

March 29, 2004　　　　　　　　　　/S/ Rex Brown
Date　　　　　　　　　　　　　　　Courtroom Clerk
　　　　　　　　　　　　　　　　　(617) 748-9238