## COX & COX
Attorneys at Law
30 Main Street
Ashland, Massachusetts 01721-1178

TEL.: (508) 231-1460  
FAX: (508) 231-1405

E-MAIL:  
coxcox@bellatlantic.net

March 29, 2004

Hon. Joyce L. Alexander:  
United States Magistrate Judge  
One Courthouse Way  
Boston, MA 02210

Re: *United States v. James Melanson*, No. CR 03-10160

Dear Judge Alexander:

There is a signed Plea Agreement in this matter, which was provided to AUSA Michael Pelgro on March 18, 2004. It was understood by the parties well prior to the 18th that a change of plea would be entered in this case.

Further, the parties have agreed to all appropriate excludable time, including the time between arraignment and the March 16 status conference, and the time between the status conference and the Rule 11 hearing (which we as yet have no notice of a date); all, by agreement, is excludable time. It was my understanding that Mr. Pelgro was to have (1) requested a Rule 11 hearing, and (2) filed a joint motion on excludable time.

Thank you,

Very truly yours,

Roger A. Cox

cc: AUSA Michael Pelgro

3/30/04 [signature], M.J. Treated as a motion cancel the conference date of March 30th 2004 and allowed.