```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CRIMINAL NO. 03-10160-JLT** |
| | ) | |
| **JAMES P. MELANSON,** | ) | |
| **Defendant** | ) | |
| | ) | |

## GOVERNMENT'S MOTION TO SCHEDULE RULE 11 HEARING

The United States of America, by Michael J. Sullivan, United States Attorney, and Michael J. Pelgro, Assistant U.S. Attorney, hereby moves this Court to schedule a Rule 11 hearing in the above-captioned action. In support thereof, the government states that the parties have reached an agreement concerning the defendant's guilty plea and that there is no need for a trial.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _/s/ Michael J. Pelgro_
Michael J. Pelgro
Assistant U.S. Attorney

DATED:   April 5, 2004.

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

>Roger A. Cox, Esquire
>Cox & Cox
>30 Main Street
>Ashland, MA 01721-1178

This 5th day of April 2004.

_____
MICHAEL J. PELGRO
ASSISTANT UNITED STATES ATTORNEY