UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**"FILED IN OPEN COURT"**

UNITED STATES

v.

JAMES MELANSON

## MOTION FOR DOWNWARD DEPARTURE

The defendant respectfully moves this honorable Court to depart downward from Criminal History Category IV to Criminal History Category III, in accordance with U.S.S.G. § 4A1.3.

In support hereof, the defendant states that Criminal History Category IV significantly over-represents the seriousness of his criminal history or the likelihood that he will commit further crimes. Six criminal history points result from motor vehicle offenses rather than serious crimes. No bodily injury resulted from these motor vehicle offenses, nor did they involve intoxication or impairment; they were for attaching wrong plates or operating with a suspended license. Two points were also calculated (after a prosecutorial objection to the PSR) because the defendant was on probation at the time he committed the instant offense; but that probation was itself imposed for a motor vehicle infraction. While technically correct, the calculation of Mr. Melanson's criminal history equates his past conduct with that of a person who has committed far more serious offenses involving, for example, drugs or violence. Because Mr. Melanson had numerous traffic convictions, his point score unfairly paints him as a far greater danger to the public than is in fact the case, and severely over-represents his past criminal conduct in calculating his Guidelines position for sentencing.

*Allowed*
*JTauro J*
*6/30/04*

It should be noted that the instant offense occurred six years ago, and there is no evidence that the defendant has committed another non-traffic offense in that period of time. Leaving aside motor vehicles, Mr. Melanson has been a peaceable, honest and productive citizen since 1998.

Respectfully submitted,

*Roger A. Cox*
Roger A. Cox   BBO# 551514
Cox & Cox
30 Main Street
Ashland, MA 01721-1178
(508) 231-1460

Attorney for James Melanson

DATED: June 29, 2004